1  Issa K. Moe, Bar No. 254998
   MoeI@moss-barnett.com
2  MOSS & BARNETT, P.A.
   4800 Wells Fargo Center
3  90 South Seventh Street
   Minneapolis, Minnesota 55402
4  612.877.5399/FAX 612.877.5016

5  Attorneys for Defendant
   FINANCIAL RECOVERY SERVICES,
6  INC.

7

8

9                     UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11  JOSCELIN B. THOMAS,              Case No: 5:12-cv-01339-MRP-OP

12           Plaintiff,              **DECLARATION OF BRIAN BOWERS**

13       v.

14  FINANCIAL RECOVERY
    SERVICES, INC.,
15
             Defendant.
16

17       I, Brian Bowers, hereby declare as follows:

18       1.     I am CEO and President of defendant Financial Recovery Services,

19  Inc. ("FRS"). I am authorized to submit this declaration on FRS' behalf.

20       2.     I have personal knowledge of the following facts and, if called upon

21  as a witness, could and would competently testify thereto, except as to those

22  matters which are explicitly set forth as based upon my information and belief and,

23  as to such matters, I am informed and believe that they are true and correct.

24       3.     I am a custodian of records for FRS. The documents referred to in

25  this declaration are in my care, custody and control. I am familiar with and

26  knowledgeable about said documents. The documents were created in the ordinary

27  course of business, contemporaneously with the transaction of business. All of

28
                                    - 1 -

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

1  these documents are, to the best of my knowledge, true and correct.

2      4.    I am familiar with plaintiff Joscelin B. Thomas' ("Plaintiff") former

3  Dell Financial Services ("Dell") account ending in 0569, which is the account at

4  issue in this case ("Account").

5      5.    On July 26, 2010, Dell placed Plaintiff's Account with FRS for

6  collection. At the time of placement, it was represented that Plaintiff's Account

7  was in default, and that a valid debt was due and owing by Plaintiff on the Account

8  in the amount of $3,802.50 ("Debt"). FRS received information confirming these

9  facts, which it incorporated into its account notes in the ordinary course of

10 business. Attached hereto as Exhibit A is a true and correct copy of the first page

11 of FRS' notes regarding Plaintiff's Account. FRS has redacted the account notes

12 to exclude personal data identifiers and other confidential information.

13     6.    Upon placement of Plaintiff's Account, FRS reviewed the information

14 provided to it and believed it to be accurate. Thus, FRS had reason to believe that

15 Plaintiff owed a Debt on the Account FRS was retained to collect.

16     7.    On July 26, 2010, the day FRS received Plaintiff's file, FRS requested

17 a copy of Plaintiff's consumer report from TransUnion. FRS intended to use the

18 information to assist FRS with its collection efforts related to Plaintiff's Account.

19 FRS did not request Plaintiff's consumer report for any other purpose. FRS'

20 request is designated in FRS' account notes as "07/26/10 16:46 TU/GI SYS" and

21 "07/26/10 16:48 TU/GI SYS," with TU referring to the request being made to

22 TransUnion.

23     I declare under penalty of perjury under the laws of the State of California

24 that the foregoing is true and correct.

25     Executed the 8th day of October, 2012, at Edina, MN.

26

27 Brian Bowers

28

-2-

DECLARATION OF BRIAN BOWERS
CASE NO.: 5:12-cv-01339-MRP-OP