Issa K. Moe, Bar No. 254998
MoeI@moss-barnett.com
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.877.5399/FAX 612.877.5016

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS,<br><br>         Plaintiff,<br><br>   v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>         Defendant. | Case No: 5:12-cv-01339-MRP-OP<br><br>**CERTIFICATION AS TO INTERESTED PARTIES OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC.** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for defendant Financial Recovery Services, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the

///
///
///
///
///
///

- 1 -

- 2 -

1  Court to evaluate possible disqualification or recusal.
2      Financial Recovery Services, Inc.
3      Joscelin B. Thomas

                                  MOSS & BARNETT, P.A.

Dated: October 11, 2012         By:  s/ Issa K. Moe
                                            ISSA K. MOE
                                            Attorneys for Defendant
                                            FINANCIAL RECOVERY
                                            SERVICES, INC.

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

- 2 -

CERTIFICATION AS TO INTERESTED PARTIES
CASE NO.: 5:12-cv-01339-MRP-OP

1  Issa K. Moe, Bar No. 254998
   MoeI@moss-barnett.com
2  MOSS & BARNETT, P.A.
   4800 Wells Fargo Center
3  90 South Seventh Street
   Minneapolis, Minnesota 55402
4  612.877.5399/FAX 612.877.5016

5  Attorneys for Defendant
   FINANCIAL RECOVERY SERVICES,
6  INC.

7

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11 | JOSCELIN B. THOMAS,            | Case No: 5:12-cv-01339-MRP-OP

12 |        Plaintiff,

13 |                                 | **CERTIFICATE OF SERVICE**
   |   v.
14 |                                 | **Courtroom:** 12
   | FINANCIAL RECOVERY              | **Judge:**   Mariana R Pfaelzer
15 | SERVICES, INC.,                 | **Magistrate Judge:** Oswald Parada

16 |        Defendant.

17

18

...

28

- 1 -

2180161v1

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
COUNTY OF HENNEPIN )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **October 11, 2012**, I caused to be served the following documents:

**CERTIFICATION AS TO INTERESTED PARTIES**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

2180161v1

- 3 -

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 11, 2012, at Minneapolis, Minnesota.

                         s/ Andrea P Lande
                         Andrea P Lande

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 3 -

**CERTIFICATE OF SERVICE**

2180161v1

Service List
JOCSELIN B THOMAS V. FINANCIAL RECOVERY SERVICES, INC.

| Joscelin B Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 616-0044<br><br>PRO SE |
|---|---|

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 4 -

**CERTIFICATE OF SERVICE**

2180161v1