Issa K. Moe, Bar No. 254998
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 877-5399/FAX (612) 877-5016
MoeI@moss-barnett.com

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No.: 5:12-cv-01339-PSG-OP<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC. FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:       January 7, 2013<br>Time:       1:30 p.m.<br>Courtroom:  880<br>Judge:      Hon. Philip S. Gutierrez |

**PLEASE TAKE NOTICE** that on January 7, 2013, at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 880 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, CA 90012, defendant Financial Recovery Services, Inc. ("FRS") will and hereby does move the Court for judgment on the pleadings as to all claims in the complaint of plaintiff Joscelin B. Thomas ("Plaintiff") pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

As discussed in the attached memorandum of points and authorities, FRS brings this motion on the grounds that Plaintiff's complaint fails as a matter of law to state any claims upon which relief can be granted.

This motion is based on this notice of motion, the attached memorandum of points and authorities, the proposed order filed and served concurrently herewith, all papers and pleadings on file, and on such oral and documentary evidence that may be offered at the motion hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 2, 2012.

MOSS & BARNETT, P.A.

Dated: November 12, 2012        By: /s/ Issa K. Moe
ISSA K. MOE
Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

Issa K. Moe, Bar No. 254998
MoeI@moss-barnett.com
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.877.5399/FAX 612.877.5016

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC..

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>　　　　Defendant. | Case No: 5:12-cv-01339-PSG-OP<br><br>**CERTIFICATE OF SERVICE**<br><br>**Courtroom:** 880<br>**Judge:**　　Philip S Gutierrez<br>**Magistrate Judge:** Oswald Parada |

- 1 -

# CERTIFICATE OF SERVICE

STATE OF MINNESOTA   )
                    )
COUNTY OF HENNEPIN   )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **November 12, 2012**, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC. FOR JUDGMENT ON THE PLEADINGS**

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC. FOR JUDGMENT ON THE PLEADINGS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANT FINANCIAL RECOVERY SERVICES, INC. FOR JUDGMENT ON THE PLEADINGS**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

2192708v1

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

    ☐ By personally delivering the copies;

    ☐ By leaving the copies at the attorney's office;

        ☐ With a receptionist, or with a person having charge thereof; or

        ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

    ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 12, 2012, at Minneapolis, Minnesota.

                                              s/ Andrea P. Lande
                                              Andrea P Lande

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 3 -

CERTIFICATE OF SERVICE

Service List
JOCSELIN B THOMAS V. FINANCIAL RECOVERY SERVICES, INC.

| Joscelin B Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 616-0044<br><br>PRO SE |
|---|---|

- 4 -

**CERTIFICATE OF SERVICE**