1 | Christopher D. Holt, Bar No. 228399
2 | KLINEDINST PC
   | 5 Hutton Centre Drive, Suite 1000
3 | Santa Ana, California 92707
   | (714) 542-1800/FAX (714) 542-3592
4 | cholt@klinedinstlaw.com

5 | ISSA K. MOE, BAR NO. 254998
   | MOSS & BARNETT, P.A.
6 | 4800 WELLS FARGO CENTER
   | 90 SEVENTH STREET
7 | MINNEAPOLIS, MINNESOTA 55402
   | (612) 877-5399/FAX (612) 877-5016
8 | MOEI@MOSS-BARNETT.COM

9 |

10 | Attorneys for Defendant
    | FINANCIAL RECOVERY SERVICES,
11 | INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JOSCELIN B. THOMAS, | Case No.   5:12-cv-01339-PSG-OP |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| FINANCIAL RECOVERY SERVICES, INC, | Courtroom:       880<br>Judge:              Phillip S. Gutierrez<br>Magistrate Judge: Oswald Parada |
| Defendant. | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

///

///

///

///

- 1 -

1   PLEASE TAKE NOTICE that Defendant FINANCIAL RECOVERY
2   SERVICES, INC. hereby associates Christopher D. Holt of KLINEDINST PC, 5
3   Hutton Centre Drive, Suite 1000, Santa Ana, California 92707, as co-counsel of
4   record in the above-entitled matter. All notices in this matter should be served
5   upon MOSS & BARNETT, PA and KLINEDINST PC.

Klinedinst PC

DATED: November 28, 2012       By:  /s/ Christopher D. Holt
                                    Christopher D. Holt
                                    Attorneys for Defendant
                                    FINANCIAL RECOVERY
                                    SERVICES, INC.

4185594v1