UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**cc: ADR Program**

Case Number:   5:12–cv–01339–PSG–OP            DATE:   3/4/2013
Title:   JOSCELIN B THOMAS V. FINANCIAL RECOVERY SERVICES INC

Present: The Honorable   Philip S. Gutierrez, United States District Judge

Deputy Clerk:   Wendy K. Hernandez
Court Reporter:   N/A

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:
Not Present                                Not present

PROCEEDINGS: **VACATING SCHEDULING CONFERENCE**

　　　PLEASE TAKE NOTICE that the Scheduling Conference set for hearing on 03/11/13 is hereby **vacated and taken off calendar**. On the Court's own motion, the following dates are hereby set. Counsel are directed to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings: (Doe defendants are dismissed as of cut–off to add parties) | 4/5/2013 |
| Discovery Cut–Off: | 8/13/2013 |
| Last Day to File Motion: | 8/27/2013 |
| Opening Expert Witness Disclosure: [See F.R.Civ.P. 26(a)(2)] | 08/20/13 |
| Rebuttal Expert Witness Disclosure: | 09/17/13 |
| Expert Discovery Cut–Off: | 10/08/13 |
| Final Pretrial Conference (2:30 p.m.): | 11/4/2013 |
| Jury Trial (9:00 a.m.): | 11/19/2013 |
| Estimated Length: | 3 days |

Initials of Preparer:  wm