Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
joscelin.thomas@gmail.com
951-616-0044

**E-FILED 04/29/13**

**JS-6**

NOTE CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joscelin B. Thomas
*Plaintiff*

v.

FINANCIAL RECOVERY SERVICES, INC.
*Defendant*

) EDCV-12-01339-PSG (OPx)
)
) STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND FINANCIAL RECOVERY SERVICES, INC., WITHOUT PREJUDICE, PURSUANT TO FRCP 41(a)(1) ;
)
) **ORDER**

**IT IS HEREBY STIPULATED BY AND BETWEEN** Joscelin B. Thomas ("Plaintiff"), and Defendant Financial Recovery Services, Inc. ("Defendant"), through its counsel of record, MOSS & BANRNETT, A Professional Association, that Plaintiff voluntarily dismiss, without prejudice, the above-entitled action in its entirety as to named party therein, pursuant to FRCP 41(a)(1)(ii).

DATE: April 23, 2013

By: _____
Joscelin B. Thomas, Plaintiff
14626 Red Gum St.
Moreno Valley, CA 92555
joscelin.thomas@gmail.com

DATE: April 23, 2013

By: _____
MOSS & BARNETT
Issa K. Moe
Attorney for Defendant,
FINANCIAL RECOVERY SERVICES, INC.

**IT IS SO ORDERED.**

DATED: 4/29/13

_____
**U.S. DISTRICT JUDGE**

Issa K. Moe, Bar No. 254998
MoeI@moss-barnett.com
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.877.5399/FAX 612.877.5016

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC..

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSCELIN B. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>　　　　Defendant. | Case No: 5:12-cv-01339-PSG-OP<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

**CERTIFICATE OF SERVICE**

2325936v1

**CERTIFICATE OF SERVICE**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90 South 7th Street, Minneapolis, Minnesota 55402.

On **April 24, 2013**, I caused to be served the following documents:

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND FINANCIAL RECOVERY SERVIECS, INC., WITHOUT PREJUDICE, PURSUANT TO FRCP 41(a)(1)**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Minneapolis, Minnesota, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Metro Legal Services on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

- 2 -

**CERTIFICATE OF SERVICE**

2325936v1

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2013, at Minneapolis, Minnesota.

                              s/_Andrea P. Lande_____
                              Andrea P Lande

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Service List
JOCSELIN B THOMAS V. FINANCIAL RECOVERY SERVICES, INC.

| **Joscelin B Thomas**<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 616-0044<br><br>PRO SE |
|---|---|

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

- 4 -

**CERTIFICATE OF SERVICE**

2325936v1